UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

YILIANIS PIMENTEL BENITEZ                CASE NO.  6:26-CV-00370 SEC P

VERSUS                                   JUDGE ALEXANDER C. VAN HOOK

BRIAN ACUNA ET AL                        MAGISTRATE JUDGE DAVID J. AYO

## MEMORANDUM ORDER

Before the court is a Petition for Writ of Habeas Corpus filed on behalf of Petitioner Yilianis Pimentel Benitez pursuant to 28 U.S.C. §2241.   According to the ICE detainee locator service,[1]  Petitioner is no longer detained and has either been deported or released.

Accordingly;

**IT IS ORDERED** that counsel for Petitioner confirm whether the petition is moot and, if so, file an appropriate motion within **14** days.

THUS DONE in Chambers on this 30th day of July, 2026.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE

---

[1] https://locator.ice.gov/odls/#/search

1